ANNIE LEAHY, Respondent, *v.* NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.

*Leahy* v. *N. Y., Westchester & Boston Ry. Co.,* 183 App. Div. 907, affirmed.

(Argued March 5, 1920; decided April 20, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 18, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to enjoin the defendant from maintaining and operating its railroad through the territory known as the "Sickles Tract" in New Rochelle or for damages to plaintiff's property arising from such operation as being in violation of a covenant running with the land.

*John B. Knox, George S. Graham* and *Ralph Polk Buell* for appellant.

*Clinton T. Taylor, Charles Everett Moore* and *Arthur I. Strang* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.